IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                       No. 11-40557-04-RDR

ALFREDO BURGOIN, Jr.,

        Defendant.

## ORDER FOR EXTENSION OF TIME IN WHICH TO FILE PRE-TRIAL MOTIONS

NOW on this 19th day of October, 2011, this matter comes on for hearing upon the motion of the defendant herein. The United States appears by Greg Hough, Assistant United States Attorney. The defendant appears by and through his attorney, Michael G. Highland. There are no other appearances.

WHEREUPON, after reviewing the documents and records on file with this Court, hearing the evidence and being well and fully advised in the premises, the Court finds:

1. That defense motions were ordered to be filed on or before October 17, 2011;

2. That the defense counsel has yet to complete the review of the discovery materials made available by the U.S. Attorney's Office, as additional discovery was received by Counsel on September 28, 2011, and on October 7, 2011;

3. That the Assistant United States Attorney does not oppose the granting of the above motion;

4. That the defendant understands that any delays caused by this application are excluded from speedy trial

calculations. United States v. Mobile Materials, Inc., 871 F.2d 902 (10th Cir. 1989).

IT IS THEREFORE BY THE COURT ORDERED, ADJUDGED AND DECREED that the defendant's Pretrial Motions shall be filed by the 17th day of November, 2011.

s/Richard D. Rogers
United States District Judge

Prepared by:

_____/s/_____
Michael G. Highland, #14331
13100 Kansas Avenue, Suite C
Bonner Springs, Kansas 66012
Off: (913) 441-4783
Fax: (913) 441-3656
Attorney for Defendant,
Alfredo Burgoin, Jr.

CERTIFICATE OF DELIVERY

The undersigned does hereby certify that a true and correct copy of the above Order For Extension of Time in Which to File Pretrial Motions was electronically delivered to Greg Hough, Assistant United States Attorney, 444 SE Quincy, Topeka, Kansas 66101, on this 17th day of October, 2011.

_____/s/_____
Michael G. Highland
Attorney for Defendant,
Alfredo Burgoin, Jr.