IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES of AMERICA,<br><br>*Plaintiff,*<br><br>v.<br><br>MARCOS FIDEL MOJICA-CRUZ,<br><br>*Defendant.* | Case No. 11-40057-04-RDR |

## ORDER EXTENDING TIME FOR FILING PRETRIAL MOTIONS

The court hereby grants defendant's motion for extension of time to file pretrial motions. Pretrial motions are due on November 17, 2011. A hearing on the motions is set for December 9, 2011 at 9:30 a.m. For the reasons set out in the motion, the Court finds the continuance will not prejudice the parties, is necessary for the effective defense of Mr. Mojica-Cruz, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(7).

IT IS SO ORDERED this 19th day of October, 2011.

s/Richard D. Rogers
United States District Judge