# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **UNITED STATES of AMERICA,** *Plaintiff,* v. **MARCOS FIDEL MOJICA-CRUZ,** *Defendant.* | Case No. 11-40057-01/04-RDR |

## ORDER CONTINUING MOTION HEARING

The court hereby grants counsel's request to continue the hearing on defendant's motion to appoint new counsel. A hearing on the motion is set for February 23, 2012 at 11:00 a.m. For the reasons set out in the motion, the Court finds the continuance will not prejudice the parties, is necessary for the effective defense of Mr. Mojica-Cruz, and that the need for a continuance outweighs the interest of the public and the defendant in a speedy trial, as set out in 18 U.S.C. 3161(h)(8).

IT IS SO ORDERED this 21st day of February, 2012.

s/Richard D. Rogers
United States District Judge